1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11   RONALD JEROME FISHER,                    1:08-cv00326-AWI-DLB (PC)

12                                            ORDER TO SUBMIT APPLICATION
                        Plaintiff,           TO PROCEED IN FORMA PAUPERIS
13                                            **OR** PAY FILING FEE WITHIN 45 DAYS
     v.
14
     UNITED STATES OF AMERICA,
15
                        Defendants.
16   _____/

17
          Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to Bivens vs.
18
     Six Unknown Agents, 403 U.S. 388 (1971).   Plaintiff has not paid the $350.00 filing fee, or
19
     submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.
20
          Accordingly, IT IS HEREBY ORDERED that:
21
          1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma
22
     pauperis.
23
          2.  Within forty-five (45) days of the date of service of this order, plaintiff shall submit the
24
     attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay
25
     the $350.00 filing fee for this action.   Failure to comply with this order will result in a
26
     recommendation that this action be dismissed.
27

28

1    IT IS SO ORDERED.

2    **Dated:   March 20, 2008**            /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28