# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JEROME FISHER, | CASE NO. 1:08-cv-00326 AWI DLB PC |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

Plaintiff Ronald Jerome Fisher ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to the Federal Tort Claims Act. 28 U.S.C. § 1346(b). Plaintiff filed this action on February 26, 2008.

The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e)( 2), and finds that it states cognizable claims for relief against defendant United States of America for negligence. Fed. R. Civ. P. 8(a). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendant:

    UNITED STATES OF AMERICA

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed February 26, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

      a.    Completed summons;

      b.    One completed USM-285 form for each defendant listed above; and

      c.    Two (2) copies of the endorsed complaint filed February 26, 2008.

4.    Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   October 29, 2008**                  **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE