# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JEROME FISHER,<br><br>                Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendants.<br>_____/ | CASE NO. 1:08-cv-00326 AWI DLB PC<br><br>AMENDED ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND DIRECTING UNITED STATES MARSHAL TO INITIATE SERVICE OF PROCESS ON UNITED STATES |

Plaintiff Ronald Jerome Fisher ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to the Federal Tort Claims Act. 28 U.S.C. § 1346(b). Plaintiff filed this action on February 26, 2008.

On October 31, 2008, the Court screened Plaintiff complaint pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e)( 2), and found that it stated cognizable claims for relief against defendant United States of America for negligence. Fed. R. Civ. P. 8(a). The Court stated that service was appropriate for this defendant, and Plaintiff was provided with a USM-285 form and a summons for completion and return. On November 10, 2008, Plaintiff returned the required documents to the Court and on November 14, 2008, the Court issued an order directing the United States Marshal to initiate service.

Upon further review, it appears that the USM-285 form completed and submitted by Plaintiff incorrectly lists "J.E. GunJA - Regional Office - Western BOP" as the

1

individual/corporation/company to be served.  The proper defendant in this action is the United States of America.  Consequently, the United States Marshal has not yet initiated service.

For the sake of expediency, the Court shall direct the Clerk of the Court to complete and issue a new USM-285 form and summons for service.

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendant:

    **UNITED STATES OF AMERICA**

2. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1) One completed and issued summons for each defendant to be served;

    (2) One completed USM-285 form for each defendant to be served;

    (3) One copy of the complaint filed February 26, 2008, for each defendant to be served, plus an extra copy for the Marshal;

    (4) One copy of this order for each defendant to be served, plus an extra copy for the Marshal;

    (5) One copy of the Court's consent form for each defendant to be served.

3. Within sixty (60) days from the date of this order, the United States Marshal is directed to notify the following defendant in accordance with the provisions of Federal Rules of Civil Procedure 4(I) and 28 U.S.C. §566(c):

    **UNITED STATES OF AMERICA**

4. The United States Marshal is directed to retain the summons and a copy of the complaint in their file for further use.

5. The United States Marshal shall:

    a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4(I) of te Federal Rules of Civil Procedure and 28 U.S.C. §566(c).

    b. Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant.

6.  In the event that the defendant is personally served, defendant is required to reply to the complaint. 42 U.S.C. §1997e(g)(2).

IT IS SO ORDERED.

Dated: **January 20, 2009**              /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE