# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JEROME FISHER,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 1:08-cv-00326-AWI-DLB (PC)<br><br>**ORDER GRANTING DEFENDANT UNITED STATES' EX PARTE REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(Document #18)**<br><br>**DEADLINE: JUNE 5, 2009** |

The United States of America requests an extension of time to respond to the Complaint filed February 26, 2008 (Docket "doc." 1) by Plaintiff Ronald Jerome Fisher ("Plaintiff"), a federal prisoner at United States Penitentiary Atwater proceeding <u>in propria persona</u>.

Good cause appearing and good cause having been presented, Defendant's motion for an extension of time, to and including June, 5, 2009, to file a response to the complaint is GRANTED.

IT IS SO ORDERED.

Dated: __April 21, 2009__        __/s/ Dennis L. Beck__
                                                          UNITED STATES MAGISTRATE JUDGE