IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RONALD JEROME FISHER,** | ) | No. 1:08-CV-00326 AWI DLB |
| Plaintiff, | ) | |
| | ) | **ORDER REFERRING** |
| v. | ) | **PENDING MOTION FOR** |
| | ) | **SUMMARY JUDGMENT TO** |
| **UNITED STATES OF AMERICA,** | ) | **MAGISTRATE JUDGE** |
| | ) | **DENNIS L. BECK** |
| Defendant. | ) | |

Plaintiff is a federal prisoner who alleges that prison officials committed torts against him and violated his civil rights. Defendants have filed a motion for summary judgment. Pursuant to Local Rule 230(1) of the United States District Court for the Eastern District of California, no hearing is noticed in this matter, and no hearing is requested unless otherwise required by the Court. The Court finds that the pending motion should be referred to Magistrate Judge Dennis L. Beck pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(17) for the entry for Findings and Recommendations.

//

//

//

Accordingly, it is HEREBY ORDERED that:

1. The pending motion for summary judgment is REFERRED to Magistrate Judge Dennis L. Beck; and
2. If the Magistrate Judge believes a hearing is necessary on the referred motion, the Magistrate Judge will set a hearing date in due course.

IT IS SO ORDERED.

Dated:   May 26, 2010                         /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE