# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JEROME FISHER,  | CASE NO. 1:08-CV-00326-AWI-DLB PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, | (DOC. 29) |
| Defendant. | RESPONSE DUE WITHIN 21 DAYS |
| _____/ | |

   Plaintiff Ronald Jerome Fisher ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this action pursuant to the Federal Tort Claims Act. This action is proceeding against the United States of America. On May 3, 2010, Defendant filed a motion for summary judgment. Doc. 29. As of the date of this order, Plaintiff has not filed an opposition or otherwise responded to Defendant's motion.

   Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition or other response to Defendant's motion within **twenty-one (21) days** from the date of service of this order. Failure to comply with this order in a timely manner will result in Plaintiff waiving any opportunity to file an opposition, and may result in dismissal of this action for failure to obey a court order. No extensions of time will be granted without good cause shown.

   IT IS SO ORDERED.

   Dated:   **December 8, 2010**            /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE

1